Vause, Hughes & Kiger, for appellant. Wilson & Butler, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

**William Harlan and Alex Harlan, appellees, v. Chicago & Alton Railroad Company, appellant.**

Action to recover damages for killing of runaway horse struck by train at street intersection. Judgment for plaintiffs. Appeal from the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the April term, 1918. Reversed and remanded. Opinion filed October 22, 1918.

Patton & Patton, for appellant; Silas H. Strawn, of counsel. Leslie M. Harlan, for appellees; Jesse Peebles, of counsel.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

**John Koenig et al., appellees, v. Adolph Hoch and William H. Meiners, appellants.**

Action under Dramshop Act to recover for death of father from poison. Judgment for plaintiffs. Appeal from the Circuit Court of Maucoupin county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed October 22, 1918.

W. H. Nelms, F. P. Drennan and E. C. Knotts, for appellants. J. K. Rinaker, Truman A. Snell and Thomas Rinaker, for appellees.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

**Poffenberger & Morris, appellants, v. Baltimore & Ohio Southwestern Railroad Company, appellee.**

Action to recover for destruction of building by fire. Judgment for defendant. Appeal from the Circuit Court of Christian county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the April term, 1918. Reversed and remanded. Opinion filed October 22, 1918.

Taylor & Taylor and Barger & Hicks, for appellants. Graham & Graham and George T. Wallace, for appellee; Morrison R. Waite and William A. Eggers, of counsel.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

**William Shannon and Harriet E. Shannon, administrators of the estate of B. F. Shannon, deceased, appellees, v. Mary E. Ormsby, appellant.**

Action to recover on original promise to pay debt of another. Judgment for plaintiff. Appeal from the Circuit Court of Christian county; the Hon. James C. McBride, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed October 22, 1918.

Taylor & Taylor, for appellant. Drennan & Bullington, for appellees.

Mr. Justice Graves delivered the opinion of the court.